United States District Court
Middle District of Florida
Orlando Division

FILED

2009 MAY 11 PM 3: 49

US DISTRICT COURT
MIDDLE DISTRICT OF FL

Mariam Malone Colette Martinez

    Plantiff

    v.

6-09-CV-802-ORL-22GJK

City of Orlando - Orlando Police Deptartment
Ashtin Leasing Inc. D/b/a/ Ace Metro Cab Co & Dispatcher
        d/b/a   Quick Cab Co.& Dispatcher
Orlando Police Officer Hall, Yong. C. (16126)        Case No.
Orlando Police Office   Arriage (15958)
Prevalon, Bruisset


Compalint and Demand
for
Restitution for Damages


Plantiff:  Mariam Malone Colette Martinez (███████), alleges the following:

(1). A Civil Rights Violation due to the Violation of 42 U.S.C.A §1981,1983,1985, 18 U.S.C.A §§ 284,(4), §1962 (d), 4 U.S.C.A. As a result the plantiff was fasely arrested and imprisioned. She was let go from her legal source of employment and source of legal U.S. Tax Paying Income.

The plantiff also alleges.:

(2). The Arresting officer had no factual probable cause to make the then arrest.

(3). That the law enforcement officer, falsified his Arrest Affidavit.

42 U.S.C.A § 1981,(a),(b),(157),(165),

(a). All persons with in the jurisdiction of the United States, shall have the same right in every State and Territiory to make and enforce contracts, to sue, be parties, give evidence, and to the full and equal benefit of all laws and proceedings for the security of persons and property as in enjoyed by white citizens, and shall be subject to like punishment, pains penalties, taxes, licenses, and exactions of every kind, and to no other.

SCANNED

(b). Protection against impariment:
  The rights protected by this section are protected against impairment by non-governmental discrimination and impairment under color of State Law.

(157). Title VII of Civil Rights Act of 1964, construction With other laws - Generally
  Although there is some necessary overlap between Title VII and §1981 and courts are not allowed to infer any positive preference for one over the over other where statutes do in fact overlap,courts should be reluctant to read §1981,the earlier statute, broadly where result is to circumvent in Title VIII.

Patterson v. Mc Lean Credit Union,
U.S.(N.C) 1989, 109 S.Ct. 2363,494,
US 164,105 L.ED 132, on remand 887 F. 2d 484.

(4). Then stating the credit card was just that . A credit card, and not a pre-paid credit card. That legal tender which had been paid in advance for. The credit card was used for the pre-payment of legal services. Thereby also violating 18 U.S.C.A §287 (4),§1962(d).

(5). The Law enforcement Officer also stated taht the plantiff was unco-opertive, however not obstructing justice. "Resisting w/o violence" and "defendant"then "did not listen to me and kept walking away". 18 U.S.C.A §287, (4),(16),(18),§1962 (d).

(6). The police officer stated that the plantiff had begun to walk away and had not then a factual step back. The Law Enforcement Officer, stated that the plantiff stated she was a "paralegal student". At that time the planiff was confused and had not had an opportunity to state that she was a paralegal student. She was in the legal capaicty of a "State of Florida" Security Guard, for a Company Eagle International (of Altamonte Springs - located in the Commerce Section) - @ the stated location and the plantiffs factual paralegal education then was not in quesetion. At that time the plantiff was in uniform and had her "State of Florida" Security license clearly visable on her unifrom.

18 U.S.C.A §287, (4),(16),(18).

(4) Although, like mail (U.S. Postage) fraud, false claim must be based on proof taht accused under took fraudulent scheme, it differs from mail (U.S. Postage), in that claim must have actually been presented to government, and use of (U.S. Postage) mail fraud in taht claim must have actually been presented to government, and use of (U.S. Postage) mails is not necessary component.

U.S v. Coachman,
C.A D.1984, 727 F 2d. 1293,
234 U.S. App. D.C 194

(16). Knowledge and Intent

(16). To be false, claim must not only be inaccurate but (however), cousciously so.

(18). By the word " knowing" as used in the pharse "knowing such claim be false, fictitious, or fraudulent," " is meant the having a certain and clear perception of the falsity of the claim made."

U.S v. Bittinger,
W.D (Mo). 1875 24 F.d 1150,
N. 14599

U.S v A.I.G, The National Law Journal, (20 April 2009), Vol. 31, No.33.
U.S v Blagojevich, R. former, Gov. State of Illinois. The National Law Journal, (6 April 09) vol. 31.No 31.

Cirumstances and the exigencies of a given era.

Green v. Dunke,
C.A 9 (Cal) 1973,
480 F 2d 624

Basista v. Weir,
C.A 3 (P.A) 1965,
340 F. 2d 74

Dyer V. Kazuhisa Abe,
D.C (Hawaii) 1956,
138 F Supp 220

Local No.1 (ACA), Broadcas t Emp.Of Intern Broth.Of Teamsters, Chauffeurs, Warehousemen and Helpers of America V.
International Broth. Of Teamsters, Chauffeurs, Warehousemen and Helpers of America,
E.D. Pa. 1976, 419 F. Supp. 263.

(351). ...Conduct complained of was committed by person acdting understate law and that conduct deprived him (the plantiff - Mariam Malone Collette Martinez 360549954), of rights, privileges or immunities secured by the Constitution.

Piecknick v.Com. of Pa.,
C.A 3 (PA), 1994,
36F. 3d. 1250

Reineration:

As perviously stated, the plantiff was deprived of conservative legal employment, legal income the right to pay **U.S Fed. Taxes**. Also, was made , forced to remain in a homeless situation and

also denied the right to return to College w/ legal income as the plantiff source of legal income - the plantiff as previously stated, was also forced to remain in prison for 10 days for not having cash vs a pre-paid credit card.

(351). Lowery v. Circuit City Stores, Inc.,
C.A 4 (V.A) 2000, 206 F 3d. 431, Certiorari denied
121 S.Ct 66 531 U.S 822,148 L.ED 2d 31

(165). Intent or motive, title vii of civil rights act of 1964, Construction with othere laws ...discriminatory intent.

Gay v.Waiter's and Dairy Lunchmen's Union, Local No 30.
CA 9 (Cal ).1982,
694 F 2d 531

Defendent false statement in his affidavit stating that the plantiff:

(1). Refused to pay for the taxicab service - " she refused to pay".

(2). " The defendant stated taht she was a paralegal student and she knew her rights and started to walkaway"

(3). That the "defendant kept speaking over" the law enforcement officer, "refusing to listen to listen to what I was saying"

42 USCA §1983,(351)(394) - Civil rights legislation should generally not be interpreted narrowly, this section was designed as comprehensively, remedial legislation for deprivation of Federal Constitutional and Statutory Rights, the contours of theis section must necessaritly remain flexible to accommodate.

(394). 42 U.S.C.A §1983 For Conspriacy to be actionabel under this section, it must be found that there was not only agreement but ( however ), actual deprivation of rights secured by U.S.C.A Const. Amed. 14 and Laws, the conspiracy merely supplying element of State action or Imposing liablity on one defendant for acts of others preformed in pursiance of conspiracy.

Reineration: US.v A.I.G. The National Law Journal,(20 April 2009), Vol 31,No. 33

42 U.S.C.A §1985 (10),(2),(5).

This section was signed to prevent deprivation of equal protection of the laws and equal privileges and immunities, not to serve as general federal tort law that would persuint suit for fraud or breach of contract.

ja

Jackson V. Cox,
C.A. 5 (Tex.)1976,
540 F 2D 209
Conspiracy 7.5(1)

18 U.S.C.A §1962,(1),(13),(61).

(7). The Law Enforcement Officer had requested an alternate form of payment, for the "Ace Cab Company", taxi service fee. The plantiff stated she would be able to go to the bank in the a.m at the conclusion of her assigned scheduled shift and obtain the monies then.

(8). The plantiff then requested the address of the company, as she could pay the taxi company driver his fee in the a.m.

(9). The law enforcement officer understood, however, he refused to end the mediation with a desission to pay for the legal services of the taxi cab company in the a.m or to have the cab copany dispatcher retry the prepaid credit cards at per the Banking policy. He instead requested the dession of the dispatcher and was told to make an unlaw arrest of a person who could pay legally for the services of the taxi cab service and or pay legally for the taxi cab service in the a.m., after getting legally relived from her then shift, due to the "American Express" Pre-Paid credit card.

(10). The Law Enforcement officer, choose to adhear to the "Taxi Cab Company" dispatcher instead of upholding 42 U.S.C.A §1981,§1983,§1985, 18 U.S.C.A§287,§1962 (d).

(11). Law Enforcement Officer Arriga, also complied with the "Ace Cab Company", dispatcher instead of 42 U.S.C.A §1981,§1983,§1985, 18 U.S.C.A§287,§1962(d). Law Enforcement Officer Arriga,instead of overruling Law Enforcement Officer Halls agreement with the cab company- instead proceeded with the false arrest.

(12). The plantiff alleges: That the defendant Prevalon, Bruisset did not attempt to legally collect the Taxi Cab fare/fee.

(13). That the plantiff Mriam M. C. Martinez (360549954), had to contact the local Law Enforcement to mediate and request the cab driver to leave the plantiffs place of employment.

(14). Plantiff had already prior to contacting the "American Express" Pre-Paid customor assistance line, given the taxi cab driver a copy of the gift card #'s.

(15). The plantiff and the defendant had already discussed that the funds could be collected, by obtaining, the smaller amount of the fee from one card, then the larger fee,from the second card, per the "American Express"customer Assistance Collection line.

(16). The defendant did not state any of the event's in his written complaint, to the Police Department in his factual written statement, to the court's. He for unknown reason, fabricated

his affidavit, by eleminating the factual event's, which thereby, upheld the arrest which was then deemed unnecsarry and false, per the "State of Flrida's", State Attorneys" Office. Also a violation of 42 U.S.C.A §1981,§1983,§1985, 18 U.S.C.A §287 (4), (16),(18),§1962,(d).

(18). The defendant also alleges: The O.P.D., Law Enforcement Officer, tried to force her to vilate her then legal employers Polices and Proceedures, by trying to force the request of monies form her co-worker and the tenent's, who had gathered at the security office. The plantiff's co-workers, girlfriend had been at the security office on theat day, prior to the arrival of the plantiff and the Law Enforcement officers, in violationof the security companies rules and requlations.

(19). Thereby also having violated: 18 U.S.C.A §1962, (c),§241,§1581. By having violated 42 U.S.C.A §1981,§1983,§1985. They also disreguarded the aboidance of PolMisconduct and Civil Right's violations. Federal Jury Practice and Instructions - According to the Police Misconduct and Civil Rights Violations Federal Jury Practice and Instructions, 2d, Stephen Yag, N.Y Bar and California Bar, 1.-1.167,1.1.24,1.1.26,1-1.45,1.1.50,1.-1.182,1.2.23,1.2.60,1.378,1-1.112.1-1-1.18.4.

Also violated were Federal dessission:

M.D. (FIA) 1993
18 U.S.C.A§1962(c)
Wiselman v. Oppenhiemer and Co.,
Inc. 835 F. Supp. 1398

Also in Violation of 18 U.S.C.A §13 (1),(2),(3),§13,(8).

Hill v. Com of Pa..,
CA. 3 (Pa..), 1971,
439 F. 2d 1016

McNeil v. Aguilos
S.D(N.Y), 1993,
831 F.Supp 1079

(20). The plantiff alleges: that by the forementioned Law Enforcement Officers, being then under the legal employment of the Citiy Of Orlando/ The Orlando Police (Dept.) Department-the Law Enforcement Offices, had been working under they direction and are in advertantly responsible for their actions: They also are in violation of 42 U.S.C.A §1981,§1983,§1985, 4 U.S.C.A,18.U.S.C.A §287,§1962 (d).

(21). The Plantiff also alleges: Taht the " Ace Cab Company"/'Quick Cab Company owned and operated by Ashtin Leasing Inc., had made no attempts to legally collect thir legal fee/fare for the legal service of there taxi cab.;

They had been given t he pre-paid credit card #'s, in order to collect the legal fee, however, instead of collecting their legal fee, for the then services of their taxi legal fee, for the then services of thier taxi cab - they choose to violated the plantiff legal U. S. Constitutional Rights, thereby, violating 42 U.S.C.A § 1981,§1983,§1985, 18 U.S.C.A §287,1962, (d).

The plantiff offered to pay the $22.35 (which then included the defendants tip), in the a.m, after she had completed her shift. The defendant then choose, to violate the platiffs U.S. Constitutional Laws and Rights for $22.35.

(22). Irregardless of the false inprisonment, the plantiff paid Ashtin Leasing Inc., Ace Cab Co.,$20.35 for their legal service of the taxi cab ride. As per her intention, prior to the plantiffs false arrest.

(23). Now, the Plantiff is damanding restitution in the monumental amount of $1.5 million, respectively, from each of the defendants for the vilation of her U.S. Constitutional Civil Right's.

The violation of 42 U.S.C.A §1981,§1983§1985, 18 U.S.C.A§13,(1),(2),(3),(8), §287 (a),(16),(18),§1962,(d),§1581,§241,4 U.S.C.A

United States Federal Courts
Middle District
Orlando, Florida

Mariam Malone Colette Martinez, ~~████████~~

    Plantiff

        v.

1). City of Orlando, Orlando Law Enforcement Department/ Orlando Police Department.
2). Ace Cab Company, Ashtin Leasing Inc./ The Dispatcher(Supervisor) the night of 29 Aug 2008,
 d/b/a Quick Cab Company
3). Orlando Law Enforcement Officer Y. C. Hall (16126)
4). Orlando Law Enforcement Officer Arriage (15958)

    Defendants


Disposition


Respective Judge,

I am a Paralegal Student, Mariam M. C. Martinez, ~~████████~~, and have a legal issue in need of judgement..

On 29 Aug 08, I had gone over to my fitness center inorder to follow **my countries Health Codes.** I went over to the fitness center, where I bother to attempt to care for my American Health. Bothering to follow my countries non- indecent exposure law's, I had bothered to follow the company's policy, for which I was legally hired to work for, policy on uniforms. I had, obtained my wallet, with my personal identifcation and keys at that instance, I was looking for my monthly bus pass. For some reason it was missing, from my back pocket. I could not recall if I had lost it on the bus - or if some one, may have taken from my back pocket at the fitness center. I use locks and keys. So far, I have not had any material objects stolen, from the fitness center. I had purchased a pre-paid criedit card and had the legal funds, to purchase another bus pass. I walked over to the bus station, and inquired about the amount for a monthly bus pass. The credit card (pre-paid), was not excepted. The privatly owned bus company, only excepts Discovery Cards and Visas. It does not except American Express Pre-paid cards. After obtaining the unwelcomed information, I walked over to the local Pizza Place (Fratell's), purchased dinner and decided to call a local cab. I called Mear's - they have a more professional

reputation. I inquired if they excepted American Express Pre-Paid credit cards's. They said yes, so, I requested a cab. I had to call them again, within the hour, after noticing 2 cabs (Mears) go by. They mentioned there were no cab'e availb. At that time. So, I told them I would wait. I normally I walk to work, when I do not have bus fare, so I considered walking. However, I had my bag with my clothes and dinner so, I figured I would not be able to carry my dinner, my bag, and make it to work in time to gegin my then shift - and eat before my shift started. I noticed a cab ( Ace Cab Co.), passing by - that did not seem to have a passenger. So, of Course I hailed it down. I got in the cab and asked the driver, if he [ meaning the Company he work's for], excepted American Express Pre-paid Credit Cards. He said, he did not have his credit card machine. He stated after I asked, that he could call in the pre-paid credit card number (as I had suggested), to the cab company and obviously collect then.

Sinec, I had limited fund's, I requested that the cab driver not take the long route (through Pine Hills), to my destination, ( I had limited funds with, just enough to cover the taxi cab ride and the drivers tip), my legal place of employment. Instead, I requested that he take Interstated Four - stating at athat time it was faster. I had requested the cab around 8p.m.and statrte work at 9:45 p.m.. I wanted enough time to eat dinner and relax, prior to my then co-worker leaving. The cab driver seemed to understand my request. After some small talk of unruffling his feather, due to telling which route to take to get to my destintation - I then mentioned I was a student para-legal .

We arrived infront of the security office and I handed the pre-paid American Express Credit Card, to the driver. He called his co-worker ( the dispatcher) and the co-worker (the supervisor/dispatcher) then stated the cards were declined. I having then over heard the conversation -interjected that the card's were the money was already on the cards. The co-worker being **the dispatcher (the supervisor), decided against excepting the legal tender offered**. The cab driver made some lude remark and I ignored him(blue him off in re to a respouse). I asked the cab driver for his credit card reciept and wrote down the credit card numbers- so as, the driver could cover his legal form of employment while, the dispatcher and he argued over the declining of the credit card. The driver attempted to explain that the **pre-paid** credit card is was then a **pre-paid**. While the driver and the dispatcher argued - I got out of the vehicle, and went into the office. I called, the credit card company from the cab amake sure that what I had heard was correct. The Bank varified that the Legal tender was there, for the pre-payment of the cab fare. I walked from the security office, to the cab and explanied to the cab driver, the legal fee was there. He again tried to relay that information to his dispatcher, (the supervisor). The dispatcher did not want to obtain the legal fee. He continued to claim, the pre-paid credit card, was declined. I once more callled the American Express Company and requested their assistance. They once again, stated that the legal fee's were there, for the legal collection of the cab company. They, also explained how to collect the legal fee's if there had been a problem, in the collection process. They mentioned to collect the smaller of the fee, from one pre-paid credit card and then the next larger fee, from the other pre-paid, credit card. So, I once again, went and explained the collection process to the driver and the dispatcher - however, the dispatcher refused to except the legal method of payment Exasperated, I called the local police {to O.P.D}, to mediate. Teh Law Enforcement officer arrived, after the cab driver, had spoken to my then co-worker's girlfriend? I was not given an explaination of why my then co-workers girlfriend, was at our legal place of employment. The O.P.D. officer, had spoken to the

cab driver and the Ace taxi cab driver stated, that I gave a gift card that was declined. However, I explained to the O.P.D officer that the card's, were pre-paid and had enough fund's to pay for the cab fare. However, that the cab drivers co-worker (the supervisor), refused to process the cards correctly. Teh O.P.D officer called the credit card company- from what he had indected with his cell phone and mannerism, and was told there was legal tender, to cover the cost of the cab fare. The law enforcement officer asked if I had another form of payment. I mentioned that I was able to obtain the fee, in the a.m , that the bank was closed. And that I wouldnt' be able to obtain the legal funds until the a.m. I had called my bank and requested a legal wire transfer, (for groceries). My A.T.M card, had been stolen form the A.T.M. machine, 1 wk previously. The A.T.M. machine at the Wachivoa Bank on South Orange Ave., is slow to return the inserted A.T. M. cards'. I had been in a hurry and thought I had taken my credit cardc from the machine. I t had never been returned. Some stranger in A Florida State jacket had more thatn likely taken it. The security guard ata the desk at theat building claimed to not have seen it, or th ohave had any one then return the card to her personally. A few weeks aftewards my bank, a Federal (U.S.), Credit Union had a A.T. m scam pulled on it. It is an after thoufht that the A.T. M machine and the non- return of the (my) A.T.M card may be related. The O.P.D officer, had stated forcefully, that waiting until the a.m.,for the legal fee, was not an option. He tried to force me to violate my company's policy and make my then co-worker give and or lend me the cab fare. My then co-worker is an obese 20 something who has a female friend /girlfriend who lives with him and are supposed college student's. So, I took it that, my then co-worker enjoys food (as much as I do) however, may not be able to lend monies. Irrguardless, my then legal palce of legal employments policy is not to interact with the tenants and or request nomies from co-workers. The O.P.D. officer called the dispatcher and requested a desission, the officer mentioned that I could give another form of legal payment in the a.m..

For whatever reason, the dispatcher, declined the legal form of payment altogether and instead requested that, **this American Citizen of African-American background,** be arrested for legally offering a pre- paid credit card and or legal tender in the a.m for the legal request of payment. Once palced into jail I was not allowed to make any phone calls. The phone system does not call out of the jail unless the call is a 3re party call. I was not able to contact my bank and have a bail bonds person post bail. So, I opted to wait in jail for 10 days. Due to the non-assistance of the jail's phone system and policies, I lost my legal form of employment. Had I not been an American Citizen I would have been forced into a number of illegal issues in order to remain in my own country. Presently, I am in an issue with the local Welfare Officers to obtain pre-paid foods, taht I have already paid into for emergency purposes. Hoever, since there are more tahtn one person other tan myself claiming to be Mariam Martinez, I am beeing forced into starvation, once again in my own country. I ahve already filed suit with the Federal Invesigators as well as the FTC. However, due to issues, my legal edu. And employment has been illegally manipulated by the erimianl entity that I have no other alternative than to file suit. I have contacted various Attorneys to assist with the pursuance of my issue. Being forced out of and away from American Tax paying employment - due to person not wanting to legally comply with the ploices and proceedures of the, our(my) U.S. Constitution. However, for what ever reason they all seem to want illegal tender to pay for their fees. I do not have illegal tender, do not want illegal tender and only have legal means for payment. I do not wish no, have been an accomplise to illegal issues and or activties. So, the acting inept law enforcement officer arrested me!!

I have applied for various legal forms of legal employment, however, since I had been a local college student and then bothered to leave one state for a better edu. and then return which has never been an issue, however, I am in my country - I have not been hired or allowed to work in any legal capacity. I am however, more than welcome it seems to create illegal funds - of course of which I do not want or have made or obtained. So, I am entering into the Federal U.S. Courts - issue to be considered and resloved by one of the U. S. Federal Judges. I am requesting $1.5 million in restitution for the insult as a factual American Citizen - human being, a person of any persons trying to force me personally into any illegal activies and forcefully removing me form gainful legal taxpaying employment. I would like to enter the followieng cites for consideration and resolution to the issue.

C.A. 2 (N.Y) 1994
42 U.S.C.A § 1983 [133 L.Ed.2]
41 F. 3d. 865
116 S Ct. 53
516 U.S. 808

C.A 2 (N.Y)1997
42 U.S.C.A §1983
Ricciuti v. N.Y.C Trans. Auth.
124 F. 3d 123, 70F. Supp. 2d 300

C.A. 5 (Tex)1994
McGill v Goff
17F 3d 729
ED. P.A 1993
29 U.S.C.A §1113
Haberern v. Kaupp, 822 F. Supp. 247

C. A 7 (Illinois) 1996
FR Rule 15 (c),(3),(b)
28 U.S.C.A
Donald v.Cook Co. Sherrifs Dept.
95 F. 3d. 548

C.A. 9 (Cal.)1996
U.S.C.A const. Amend 14
42 U.S.C.A §1983
Lewis v. Sacramento Co.
98 F. 3d. 434
Cert. Granted 117 S. Ct. 2406
520 U.S.1250,138 L.Ed 2d 173
Rev 118 S. Ct. 1708, 523 U.S. 833
140 L. Ed. 2d, 1043

C.A 9 (Cal.) 1994
U.S v koon, 34 F. 3d. 1416
45 F. 3d. 1303

C.A 2 (Conn.)1988
O'Neill v.Krzeminski
839 F.2d 9

C.A.9 (Hawaii)2002
U.S.C.A 4 42 U.S.C.A §1983
Cruz v. Kauai Cor.

279 F. 3d.1064
Certonari denied 123 S. Ct. 608, 537
U.S 1053,154 L Ed.2d 531

D. (Minn). 185
42 U.S.C.A §1983
Scott co. Master Docker, 618 F. Supp. 1534
Myers v. Morris, 810 F 2d 1437
108 S.Ct. 79
484 U.S. 828, 98L.Ed. 2d 58

S.D (Ohio) 1987
Pollitt v.Bramel
669 F.F.Supp 172
42 U.S.C.A§§1981,1982.
K1071

Vietnamese Fishermens Ass'n v. Knights of Ku klux Klan [KKK]
S.D (Tex.) 1981, 518 F. Supp 993

Civil Rights Act of 1991

Jones v Reno Hilton Resort Corp.,
D. (Nev.) 1995, 889 F. Supp. 408

State of S.C. v. Katzenback
U.S.S.C 1966, 86 S. Ct. 803
383 U.S. 301,15 L. Ed. 2D.769

Watkins v. United Steel Worker's of America, Local no, 2369
C.A. 5 (La.)1975,
516 F 2d.41

Davis v. Halpern,
Ed. (N.Y) 1991
768 F. Supp. 968

Friedman v. Village of Skokie
C.A. 7 (Illinois), 1985,
763 F. 2d. 236

Mahone v. Waddle,
C.A. 3 (P.A)1977,
564 F 2d, 1018
Cert denied 98 S. Ct. 3122,
438 U.S 904 57 L Ed. 2d 1147

42 U.S.C.A §1983
K1027,1008(1)
Sec 1983

Scott v. Edinburg 346 F. 3d. 752
(7th cir. 2003).
Fed R. Civil P. 56 (c)
Sec.Cet Tx Corp. v. Catrett
477 U.S. 317,322,
106 S. Ct. 2548, 91 L. Ed. 2d 265(1986).

I am willing to except legal U.S. tender, in legal payment's if need be, from both the Orlando Law Enforcement Department, ( O.P.D), the specific police officers personally involved in the arrest and inprisionment of this factual American Citizen tax payer. As well as, the Private Taxi Cab Company of Ace Cab Company, owned by Ashtin Leasing.

I do not want to consider a law student attempting to decide the issue. I am requesting for the Respective Judge to decide the issue. For whatever reason, they seem to cause more harm then the issue presented. I would like for the court to consider the submitted correspondance and evidence, in deciding the issue. I had requested the assistance of Mr. Howard Marks Esq., however, I legally do not have the fee's to pay for his legal services and he refuses pro- bono. I do not have to create or fund illegal issues or activites as per the intention of some as if America where a personal playground or pyrimd scheme. I had also hired the services of a Mr. J.W Day Esq.. I had seen him once at the Federal Courts, then hoping that he had filed suit on my behalf. Instead all I had seen was a female there, as a paralegal/lawclerk who looks simlar to me.

Certificate of Service/Affirmation

I, Mariam Malone Colette Martinez, ███████, am a factual U. S. American Citizen, assertaining that the forementioned written statement's are factual and not fabricated.

That I will not purjury myself in a **U.S Federal Court of Law,** and to the best of my personal memory with the enclosed evidence. If the U. S Fedral Court, deems it necessary to hold a jury trail - then I will have a law student and or Attorney litigate the issue as per the U.S Federal Middle Courts, Orange County Florida, policy and proceedures.

*Mariam M. C. Martinez*
Mariam M. Martinez ███

Factual U.S. American Citizen

P.O. Box 1245
Orlando, Fl 32802
407-247-2367

5312 Cinderlane Parkway
Orlando, Fl 32808

1409 E. Central Ave
Orlando, Fl 32802

5714 Folkstone Lane
Orlando, Fl 32814

5719 Folkstone Lane
Orlando, Fl 32814

Family Address:
2449 S Ridgeway Ave
Chicago, Il 60623