United States District Court
Middle District of Florida
Orlando Division

FILED

Mariam Malone Colette Martinez

    Plaintiff

        v.

City of Orlando – Orlando Police Law Enforcement Department    *Case No: 6:09-cv-802*

Ashtin Leasing Inc. D/b/a Ace Metro Cab Co. & Dispatcher (Supervisor, night of 29 Aug 2008)
              Quick Cab Co & Dispatcher  (Supervisor)

Orlando Police Officer/Law Enforcement Officer Hall, Yong. C (16126)
Orlando Police Officer/Law Enforcement Officer Arriage        (15958)

Ace Metro Cab Co. Driver – Prevalon, Bruisset

        Defendant(s)

Complaint and Demand
For
Restitution for Damages


Plaintiff:  Mariam Malone Colette Martinez (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) - alleges the
following:

(1). Civil Rights Violation due to the Violation of 42 U.S.C.A, §1981,1983,1985, 18 U.S.C.A
§287,(4),§1962,(d), 4 U.S.C.A.. As a result, the plaintiff was falsely arrested and imprisoned, (29 Aug 2008).
She was let go, from her legal source of employment and source of legal U.S. Tax paying Income.

The plaintiff also alleges:

(2). The arresting officer had **no factual** probable cause to make the then arrest.

(3). That the law enforcement officer, falsified his arrest affidavit then.

Thereby violating:

42 U.S.C.A. § 1981, (a), (b), (157), (165).

(a). All persons with in the jurisdiction of the United States, shall have the same right in every State and
Territory to make and enforce contracts, to sue, be parties, give evidence, and to the full and equal benefit of all
laws and proceedings for the security of persons and property as in by white citizens, and shall be subject to
like punishment, pains penalties, taxes, licenses, and exactions of every kind, and to no other.

(b). Protection against impairment: The rights protected against impairment by non-governmental discrimination and impairment under color of State Law.

(c). The rights protected by this section are protected against impairment by nongovernmental discrimination and impairment under color of State law.

(157). Title VII of Civil Rights Act of 1964, construction with other laws – Generally:  Although there is some necessary overlap between Title VII and §1981 and courts are not allowed to infer any positive preference for one over the other where statutes do in fact overlap, courts should be reluctant to read § 1981, the earlier statue, broadly where result is to circumvent in Title VIII..

Patterson v. Lean Credit Union
U.S. (N.C) 1989, 109 S. Ct. 2363, 494
US.164, 105 L. ED. 132, on remand 887 F.2d. 484.

(165).  Intent or motive…
Section 2000e et seq. of this title and provision of this section that all persons are entitled to equal rights and benefits as those enjoyed by white citizens are not identical in that proof is different, at least as to discriminatory intent as to constitutional claims.

Manzanares v. Safeway Stores, Inc., C.A 10 (Colo.) 1979, 593 F 2d. 968.


(4).  Then stating the credit card was just that.  A credit card, and not a pre-paid credit card.

That legal tender which had been paid in advance for.  The credit card was used for the pre-payment of legal services.

Thereby the defendant also violated:

18 U.S.C.A §287, (4), §1962 (d).  False, fictitious or fraudulent claims:

§287 - Whoever makes or presents to any person or officer in the civil, military, or naval service of the United States, or to any department or agency thereof, any claim upon or against the United States, or any department or agency thereof, knowing such claim to be false, fictitious, or fraudulent, shall be imprisoned not more than five years and shall be subject to a fine in the amount provided in this title.

(4).  Although, like mail (U.S. Postage), fraud, false claim must be based on proof that accused under took fraudulent scheme, it differs from mail (U.S. Postage).  Mail fraud in that claim must have actually been presented to government, and use of (U.S. Postage), mail is not necessary component.

U.S v. Coachman
C.A.D. 1984, 727, F 2d. 1293
234 U.S App. D.C. 1994

(6). The police officer stated that the plaintiff had begun to walk away and had not then taken a factual step back.

The Law enforcement officer, stated that the plaintiff stated she was a "paralegal student".

At that time the plaintiff was confused, as to why, the Law Enforcement Officer had **not told** the taxi cab dispatcher (the supervisor on the night of 29 Aug 2008), to wait until the a.m..

(6a). If it was question of the taxi cab Supervisor, not being able to process the pre-paid credit cards, instead of regular credit cards – it was not reason for the plaintiff to be arrested – when she had the legal funds there and then. And also in the a.m. if need be.

She was in the legal capacity of a "State of Florida", security Guard, for a Company called Eagle International (of Altamonte Springs, Fl. – Located in the Commerence Section) – at the stated location, 3757 Conroy Rd., Orlando, Fl., and the plaintiffs factual paralegal education, then was not in question.

The plaintiff was in uniform and had her "State of Florida", (check cashing privileges and Federal Income Tax purposes), approved Company Identification affixed on her uniform.

The Law Enforcement Officer, had requested the plaintiffs identification, at that time her hands where cuffed behind her back, and she had her companies identification affixed to her uniform, however, the Officer did not attempt to investigate further.

He did not investigate further, by looking at the identification first, and then asking for the plaintiffs "State of Florida" identification - prior to cuffing the plaintiff for a "State of Florida" identification or a "State of Florida" Security License.

At the time the plaintiff was confused, as to why, the Law Enforcement Officer, had not told the taxi cab dispatcher to wait until the a.m..   If it was a question of the taxi cab supervisor not being able to process the pre-paid credit cards...

However, for whatever reasons, the defendants did violate the plaintiffs factual U.S Constitutional Rights & Civil Rights.

The plaintiff, had to indicate to the officer to retrieve her bag, so as it would not be left behind – and the Law Enforcement Officer, went through the plaintiffs bag and searched it – with out probable cause.

Thereby violating:

18 U.S.C.A §287, (4), (16), (18), §1962, (a), (d), §1962,(1),(13),(61).

42 U.S.C.A §1981, (a), (b), (157), (165), (351). §1983, (394), §1985, (1), (2), (3), (5).

4 U.S.C.A.

Reiteration:  As previously stated, the plaintiff was deprived of gainful legal employment, legal income and her factual U.S Citizens Rights.

Besides the Bill of Rights, the right to factually support her country, and to pay U.S Federal Taxes, the plaintiff, was made to and forced to remain in a homeless situation, which placed her well being in determent and was also denied her right to return to college,(the right to an education), legal income as the plaintiff's source support – the plaintiff as previously stated, was also forced to remain in homeless situation and
        Jailed for 10 days.

Lowery v. Circuit City Stores, Inc.
C.A. 4 (Va.), 2000
206 F 3d. 431
Certiorari denied 121 S. Ct. 66
531 U.S. 822, 148 L. Ed. 2d. 31

Thereby violating:

18 U.S.C.A §287, (4), (16), (18), §1962, (d).

42 U.S.CA §1981, (a), (b), (157), (165), §1981, (351).

(165). Intent or motive.

Title VII of Civil Rights Act of 1964, Construction with other laws ....discriminatory intent....

Gay v. Waiters and Dairy Lunchmen's Union, Local No 30
C.A. 9 (Cal.), 1982
694 F 2d. 531


(6 ).  The defendant Officer Hall, Yong C. (16126), falsified  statements in his affidavit stating that the plaintiff:

        1). Refused to pay for the taxi cab service
                1a). "she refuses to pay".

        2). "The defendant stated that she was a paralegal student and she knew her rights and started to walkaway".  Where as the plaintiff, the then defendant – refused to walk away and only took a step back.

        3). That the "defendant kept speaking over" the law enforcement officer, "refusing to listen to listen to what I was saying".  The plaintiff had stated what the "American Express Gift Card Company" had relayed to her and was waiting for the officer to relay that information to the taxi cab company supervisor and have him collect the funds properly.

(10). The Law enforcement officer chose to adhear to the "Ace Cab Companies" dispatcher/supervisor, instead of, upholding

18 U.S.CA §287, (4), (16), (18), §1962, (d).

42 U.S.CA §1981, (a), (b), (157), (165), §1981, (351), § 1983 (394), §1985, (1), (2),(5).

42 U.S.CA §1985, (1), (2), (5). 18 U.S.CA §1962, (1), (13), (61). 4 U.S.C.A..

(11). Law enforcement officer Arriga, also complied with the cab company dispatcher instead of upholding:

42 U.S.CA §1981, (a), (b), (157), (165),§1983,(394),§1985, (1), (2),(5).

18 U.S.CA §287, (4), (16), (18), §1962, (d), (1), (13), (61).

(12). The Plaintiff alleges:

That the defendant Prevalon, Bruisset,  did not attempt to legally collect the taxi cab company legal fee.  That he debated with his supervisor, however, he did not attempt to collect the fare. `The plaintiff, the then defendant, wrote down the information on the credit card receipt -  then handed the cards to the driver in order for him to collect the legal cab fee.

(13). That the Plaintiff, Mariam Malone Colette Martinez 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, had to contact the local Law Enforcement Officer to mediate and request that the cab driver to leave the plaintiffs then legal place of employment.

(14). The plaintiff, had already prior to contacting the "American Express Company", pre-paid customer assistance line,( the number given on the back of the card), given the taxi cab driver a copy of the gift card number.  However, he decided not call the card company his-self on his cell phone – or to call the local police.

Thereby violating:
42 U.S.C.A §1981, (a), (b), (c), (157), (165),§1983,(394),§1985, (1), (2),(5).

18 U.S.C.A §287, (4), (16), (18), §1962, (d), (1), (13), (61).

(15). The plaintiff and the defendant had already discussed that the funds could be collected, by obtaining, the smaller amount of the fee $from$ one card, then the larger fee, from the second card, per the "American Express" Customer assistance Collection line. However, the driver refused to act on his own, and edited his written statement.

Thereby violationing:
42 U.S.C.A §1981,(c).
18 U.S.C.A §287, (4).
And hinting on violations of:
26 U.S.C.A.

(16).  The defendant, did not state any of the events in his written complaint to the Police Department.  He for unknown reason, fabricated his affidavit by stating the plaintiff, "she did not want to pay".  By eliminating the factual events, which thereby, upheld the arrest which was then deemed unnecessary and false, per the "State of Florida" State Attorney Office, after the fact in question.

Thereby, also having violated the laws of the United States of America, insulted its factual U.S American Citizens.

Which are clear violations of:

42 U.S.C.A §1981,(a),(b),(c),(157),(165),§1983, (394),§1985,(1),(2),(5).

18 U.S.C.A §287,(4),(16),(18),§1962,(d).

26 U.S.C.A

(17).  The Plaintiff also alleges:

The O.P.D, Law Enforcement officer, tried to force her to violate her then employers Polices and Procedures.   By trying to **force** the request of monies from her then, co-worker and the tenants, who had gathered at the security office.  The Plaintiffs co-workers, girlfriend had been at the security office on that day.  Prior to the arrival of the plaintiff and the Law enforcement officer's arrival – in violation of the security companies rules and regulations.

Thereby also having violated:

42 U.S.C.A §1981,(a),(b),(c),(157),(165),§1983, (394),§1985,(1),(2),(5).

18 U.S.C.A §287,(4),(16),(18),§1962,(d).

By having violated:

42 U.S.C.A §1981,(a),(b),(c),(157),(165),§1983,(394),§1985,(1),(2),(5).

They also disregarded the **Avoidance of Police Misconduct and Civil Rights violations**.

Hence the question of the intentional violation of American Citizens Civil and Constitutional Rights.

(19). Federal Jury Practice and Instructions – According to the Police Misconduct and Civil Rights Violations Federal Jury Practice and Instructions, 2d, Stephen  Yag, N.Y Bar and California Bar.

(20). The plaintiff alleges:  That by the aforementioned Law enforcement officers, being then under the legal employment of the (City of Orlando), State of Florida / The Orlando Police (Dept.) Department – The Law enforcement officers, had been working under their direction and are inadvertently responsible for their actions:

They also are in violation of:

42 U.S.C.A §1981,(a),(b),(c),(157),(165),§1983, (394),§1985,(1),(2),(5).
18 U.S.C.A §287,(4),(16),(18),§1962,(d),§13,(1),(2),(3),(18). 4 U.S.C.A,

They are also Non –Compliant in their Law Enforcement Training Procedures to *where* they were and were able to violate:

42 U.S.C.A §1981,(a),(b),(c),(157),(165),§1983, (394),§1985,(1),(2),(5).
18 U.S.C.A §287,(4),(16),(18),§1962,(d),§13,(1),(2),(3),(18). 4 U.S.C.A,

(21). The plaintiff also alleges:  That the "Ace Cab Company"/"Quick Cab Company" owned and operated by Ashtin Leasing Inc., had made no attempts to legally collect their legal fee for the legal service of their taxi cab company.

Thereby adding the question of 26 U.S.C.A violations.

They had been given the pre-paid credit card numbers, in order to collect the legal fee. However, instead of collecting their legal fee, for the then service of their taxi cab – they choose to violate the plaintiffs,legal U.S. Constitutional Civil Rights, thereby violating:

42 U.S.C.A §1981,(a),(b),(c),(157),(165),§1983, (394),§1985,(1),(2),(5).
18 U.S.C.A §287,(4),(16),(18),§1962,(d),§13,(1),(2),(3),(18). 4 U.S.C.A,

The plaintiff offered to pay the $22.35 (which included the then defendants tip), in the a.m, after she had completed her shift.  The defendant "Ace Cab Company" choose *to* decline the legal tender for the legal service and violated Plaintiffs, U.S Constitutional Laws and Rights for $22.35.

(22). Irregardless of the false imprisonment the plaintiff paid Ashtin Leasing Inc., Ace Cab Co./Quick Cab Co., $20.35 for their legal service of the taxi cab ride.  As per her original intention, prior to the plaintiffs false arrest.

22a). The Plaintiff also alleges:

The taxi cab Co. acted contrary to their "State of Florida" issued Business Lic., and **declined, collecting legal income**, from the **pre-paid** credit cards, for a legal business service.

It also acted contrary to its "State of Florida",  Buisness Lic.. when 'it" had the then defendant, arrested for willingly wanting to pay for it's legal business service.

The claim of being a taxi cab service seems questionable, more so then, then now, the taxi cab company seemed to act fraudulently when it refused legal tender.

Or an offer to pay for the legal service offered in the following a.m., when it refused to process the (Pre-paid) gift cards, credit cards correctly – according to the American Express Banking Policy.

(23). Other Police Misconduct and Civil Rights violations as per the Federal Jury Practice & Instructions, 2d, Yagman, (2002) are:

1-2.60:  Searches –
Reasonable suspicion to justify a strip search can only be met by a showing of articulable facts which are particularized as to the place to be searched.

As per the factual actions of  Law enforcement officer Hall Yong, C ( 16126) started to search a green Publix Grocery bag of the plaintiffs, supposingly searching for the plaintiffs identification, one of which she had affixed to her then work uniform.

The plaintiffs "State of Florida" Identification, then having been verified for Federal Tax purposes by her then legal employer, was in her wallet, in the plaintiffs back pocket.  She again had her hands cuffed and was unsure of which Identification the officer was requesting.

1-3.78: …Facts Known to Police
The reasonableness inquiry, extends only to those **facts known,** to the officer at the precise moment the officer effectuates a seizure.

The plaintiff, was at her then legal place of Employment, in her legal work uniform, and had her company approved identification – according to the Rules and Regulations in re to Legal Business Practices and Procedures in the State of Florida.

1-1.184:  Seizure, When No Formal Arrest, Unreasonable When No Probable Cause –
An Official seizure ordinarily is unreasonable unless it is supported by probable cause, even when no formal arrest is made.

As per the State of Florida, Notice of Release and Dismissal of Charges, there was not probable cause, and no legal reason to retain the plaintiff after the investigatory period.

Thereby adding to the Violations of:

42 U.S.C.A, §1981, §1983, §1985, (a).  Except as otherwise provided in this section, whoever, in any matter within the jurisdiction of the executive, legislative, or judicial branch of the Government of the United States, knowingly and willfully –

     (1). Falsifies, conceals, or covers up by any trick, scheme, or device a material fact;
     (2). Makes any materially false, fictitious, or fraudulent statement or representation; or
     (3). Makes or uses any false writing or document knowing the same to contain any materially false, fictitious, or fraudulent statement or entry;

18 U.S.C.A, §1962, (a).  It shall be unlawful for any person … or the activities of which affect interstate…commerce.

(d).  It shall be unlawful for any person to conspire to violate any of the provisions of subsection (a), (b),(c).

Civil Rights Act of 1964

Title 1- Voting Rights.....Miscellaneous
...(2) No person acting under color of law shall -.....or to other circumstances shall not be affected thereby.

14th Amendment, Sec. 1-5

Section 1.  All persons born or naturalized in the United States, and subject to the jurisdiction thereof, are citizens of the United States and of the State wherein they reside.  No State shall make or enforce any law which shall abridge the privileges or immunities of citizens of the United States;...equal protection of the laws.

Section 2.  Representatives shall be apportioned among the several States according to their respective numbers, counting the whole number of person in each State...in such State.

Section 3.  No person shall be a Senator Representative in Congress, or elector of President and Vice President... of each House, remove such disability.

Section 4.  The validity of the public debt of the United States, authorized by law,....obligations and claims shall be held illegal and void.

Section 5.  The Congress shall have power to enforce, by ... of this article.

18 U.S.C.A, (144), (154), are placed into question.


As a factual citizen of the United States, the Violation and Breach of Duty/Trust of the defendant's Hall and Arriags, Civil Practice and Procedures, pertaining to Law Enforcement/Police Officers in and of North America – the United States, the insult, deprivation, the criminalistic intent (the humility), the emotional trauma and mental anguish the plaintiff is requesting $1.5 in restitution.

(25). For the insult, deprivation the criminalistic intent...the plaintiff is demanding and requesting a final judgment, in monetary Restitution, in the respective amount's:

$1.5 from the "City of Orlando" and indirectly from the "State of Florida"

$200,000.00 from Officer Hall, Yong. C.

$200,000.00 from Officer Arriage

$1.5 from "Ace Cab Company", d/b/a Quick Cab Company

$20,000.00 from the "Dispatcher" (Supervisor), on the night shift of 29 Aug 09.

$20,000.00 from the Cab Driver

25a.). 18 U.S.C.A, (241), (424).

(241). ... If two or more persons conspire to injure, oppress, threaten, intimidate, any person in any State, Territory, Commonwealth, Possession, or District in the free exercise or enjoyment or any right or privilege secured to him by the Constitution or laws of the United States.....prevent or hinder.....term of years or for like, or both, or may be sentenced to death.

(242). ...willfully...deprivation of any rights...death.

Civil Right of 1964 , (203), No person shall (a), with hold, deny, or attempt to withhold or deny, or deprive or attempt to deprive, any person of any right or privilege secured by section 201 or 202, or (b) **intimidate, threaten, or coerce**, or attempt to intimidate, threaten, or coerce any person with the purpose of interfering with any right or privilege secured by section 201,202, or (c), punish or attempt to punish any person for exercising or attempting to exercise any right or privilege secured by section 201 or 202.

The Orlando Law Enforcement Officers Violated:

Rules: 1.-1.167: Seizures, Freedom to Walk Away –
An Officer's failure to advise a citizen of his **freedom to walk away** is a significant indicator of what that citizen reasonably believed.

1.1.124: Arrests, Definition –
An arrest or seizure occurs when the officer by means of physical force or show of authority has in some way restrained the liberty of a citizen.

42 U.S.C.A §1981, §1983, §1985
26 U.S.C.A

1-1.126: Arrests, Pushing, Telling Not to Move-
An arrest occurs when police push a person against a wall and tell him not to move.

1-1.45: Probable Cause To Arrest, In General-
In general, probable cause to arrest exists when officers have knowledge or reasonably trustworthy information of facts and circumstances that are sufficient to warrant a person of reasonable caution in the belief that the person to be arrested has committed or is committing a crime.

1.1.50:                       Falsity Vitiates Probable Cause-
                              evidence fabricated by the officer seeking the warrant, the officer can have no reasonable belief that the application is based on **probable cause**.

Plaintiffs Written Complaint:
(5). The law enforcement Officer also stated that the plaintiff was un co-operative, however not obstructing justice. ...."did not listen to me and **kept walking away**."

(6). The police officer stated that the plaintiff had begun to walk away and had not then taken a factual step back.

Thereby violating the Supposed Law Enforcement Officers Civil Procedure, and again violating the Plaintiffs U.S. Constitutional Rights.

Also violated were
1.-1.182, 1.2.23, 1.2.60, 1.2.60, 1.378, 1-1.112, 1-1.182, 1-1.184

Also violated were Federal Decisions:

M.D. (Fla.), 1993
18 U.S.C.A, §1962, (c)
Wiselman v. Oppenhiemers and Co., Inc.
835 F.Supp. 1398

The Plaintiff is willing to except legal payment's from all the defendants, to include the City of Orlando as not to burden the defendants , as they had done the Plaintiff.

The restitution being for the violation of the Plaintiffs factual U.S. Constitutional Rights/Civil Rights.

42 U.S.C.A, §1981, §1983, §1985, (a).  Except as otherwise provided in this section, whoever, in any matter within the jurisdiction of the executive, legislative, or judicial branch of the Government of the United States, knowingly and willfully –

    (1). Falsifies, conceals, or covers up by any trick, scheme, or device a material fact;
    (2). Makes any materially false, fictitious, or fraudulent statement or representation; or
    (3). Makes or uses any false writing or document knowing the same to contain any materially false, fictitious, or fraudulent statement or entry;

18 U.S.C.A, §1962, (a).  It shall be unlawful for any person ... or the activities of which affect interstate...commerce.

(d).  It shall be unlawful for any person to conspire to violate any of the provisions of subsection (a), (b),(c).

Civil Rights Act of 1964

Title 1- Voting Rights.....Miscellaneous
...(2) No person acting under color of law shall -.....or to other circumstances shall not be affected thereby.

14th Amendment, Sec. 1-5

Section 1.  All persons born or naturalized in the United States, and subject to the jurisdiction thereof, are citizens of the United States and of the State wherein they reside.  No State shall make or enforce any law which shall abridge the privileges or immunities of citizens of the United States;...equal protection of the laws.

Section 2.  Representatives shall be apportioned among the several States according to their respective numbers, counting the whole number of person in each State...in such State.

Section 3.  No person shall be a Senator Representative in Congress, or elector of President and Vice President... of each House, remove such disability.

Section 4.  The validity of the public debt of the United States, authorized by law,....obligations and claims shall be held illegal and void.

Section 5.  The Congress shall have power to enforce, by ... of this article.

United States District Court
Middle District of Florida
Orlando Division


Mariam Malone Colette Martinez

      Plaintiff

          v.

City Of Orlando – Orlando Police Law Enforcement Department    *Case No: 6:09-cv-802*

Ashtin Leasing Inc. D/b/a Ace Metro Cab Co.& Dispatcher (Supervisor, Night of 29 Aug 2008)
          D/b/a Quick Cab Co. & Dispatcher (Supervisor)

Orlando Police Officer/Law Enforcement Officer Hall, Yong, C (16126)
Orlando Police Officer/Law Enforcement Officer Arriage    (15958)

Ace Metro Cab Co. Driver – Prevalon, Bruisset

      Defendant(s)


## Deposition

I am a paralegal student, Mariam Malone Colette Martinez (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), and have a legal – issue in need of correction. On 29 Aug 2008, I had bothered to follow my countries Health Codes. I went over to the fitness Center, where I bother to attempt to care for my American Health. After bothering to follow my countries non-indecent exposure laws, I had bothered to follow the company for which I was legally hired, to work for, policy on uniforms.

I had obtained my wallet with my personal I.D and keys at that instance, I was looking for my monthly bus pass. For some reason it was missing, from my back pocket. I could not recall if I had lost it on the bus – or if some one, may have taken it from my back pocket at the fitness center. I use locks and keys. So far, I have not had any material objects stolen from the fitness center. I had purchased pre-paid credit cards and had the legal funds, to purchase for another bus pass. I walked over to the bus station and inquired about the amount for a monthly bus pass. The credit card (pre-paid), was not excepted.

The privately owned bus company, only excepts Discovery Cards and Visa's. It doesn't except American Express pre-paid cards. After obtaining the unwelcome information, I walked over to the local Pizza place (Fratells), purchased dinner and decided to call a local cab. I called Mears – they have a more professional reputation . I inquired if they accepted American Express Pre-Paid credit cards. They said yes, so, I requested a cab. I had to call them with in the hour, after noticing 2 cabs (Mears) go by. They mentioned there were no cabs available at that time. So, I told then I would wait.

I normally walk to work, when I do not have bus fare, so I considered walking. However, I had my bag with my clothes and dinner so, I figured I would not be able to carry my dinner, my bag, and make it to work in time to begin my then shift. I noticed a cab (Ace Cab Co.), passing by – that did not seem to have a passenger. So, of course I hailed it down. I got in the cab and asked the driver, if he `[meaning the Company he works for], accepted American Express Pre-paid Credit Card's. He said, he did not have his credit card machine. He *Stated* after I asked, that he could call in the pre-paid credit card number to the cab company and obviously collect then.

Since, I had limited funds, I requested that the cab driver not take the long route to my destination, my legal place of employment. Instead, I requested that he take Interstate Four – stating at that time it was faster. I had requested the cab around 8 p.m. and started work at 9:45 p.m.. I wanted enough time to eat dinner and relax, prior to my then co-worker leaving. The cab driver seemed to under stand my request. After some small talk of un-ruffling his feather, due to telling which route to take to get to my destination – I then mentioned I was a student paralegal.

We arrived in front of the security office and I handed the pre-paid American Express Credit Cards to the driver. He called his co-worker and the co-worker then stated the cards were declined.

I having then over heard the conversation – interjected that the cards were pre-paid and the money was already on the cards. The co-worker being the dispatcher, decided against accepting the legal tender offered. The cab driver made some lude remark and I ignored him (blue him off in re to a response). I asked the cab driver for his credit card receipt and wrote down the credit card numbers – so as, the driver could cover his legal form of employment while, the dispatcher and he argued over the declining of the credit card. The driver attempted to explain that the pre-paid credit card is and was then pre-paid.

While the driver and the dispatcher argued – I got out of the vehicle, and went into the office. I called, the credit card company from the cab and called again, to make sure that what I had heard was correct. The Bank verified that the legal tender was there, for the pre-payment of the cab fare. I walked from the security office, to the cab and explained to the cab driver, the legal fee was there. He again tried to relay that information to his dispatcher/supervisor.

For some reason, the dispatcher/the then drivers supervisor, did not want to obtain the legal fee.

He continued to claim, the pre-paid credit card, was declined.

I once more called the American Express Company and requested there assistance. They once again, stated that the legal fee's were there, for the legal collection of the cab company. They, also explained how to collect the legal fee's,

So, I once again, went and explained the collection process to the driver and the dispatcher – however, the dispatcher once again, refused, to except the legal method of payment. Exasperated, I called the local police [O.P.D.], officer arrived, after the cab driver, had spoken to my then co-workers girlfriend? I was not given an explanation of why my co-worker had his girlfriend at our legal place of employment.

2

The O.P.D officer, spoke to the cab driver and the Ace Company Cab driver stated, that I gave a gift card that was "declined".

I explained to the O.P.D officer that the card's, were pre-paid and had enough fund's to pay for the cab fare. However, that the cab drivers co-workers, refused to process the cards correctly. The O.P.D. officer called the credit card company was told there was legal tender, to cover the cost of the cab fare.

The O.P.D. officer asked if I had another form of payment. I mentioned that I was able to obtain the fee, in the a.m.. That the bank was closed, and that I would it be able to obtain the legal funds until the a.m.. I had called my bank and request a legal wire transfer, for qerciers My A.T.M. card, had been stolen from the A.TM machine, 1 wk previously. The A.T.M. machine at Wachovia Bank on S. Orange Ave., is slow to return the inserted A.T.M. cards – I had been in a hurry and thought I had taken my credit card from the machine. It had never been returned. Some stranger in a Florida State jacket, more than likely taken it. The Security guard at the desk at that building claimed to not have seen it, or to have had any one then return the card to her personally.

A few weeks afterward, my bank, a federal (U.S.) Credit Union, had a A.T. M scam pulled on it. It is an after thought that the A.T. M machine and the non- return of the (my) A.T. M card may be related.

**The O.P.D. officer, had stated forcefully, that waiting until the a.m. for the legal fee, was not an option!!**

He tried to force me to violate my companies policy and make my then co-worker give and or lend me the cab fare. My then co-worker is an obese 20 something who has a female friend/girfriend who lives with him and are supposed college students. So, I took it that, my then co-worker enjoys food (as much as I), however, may not be able to lend monies. Irregardless, my then legal place of legal employments policy, is not to inter act with the tenants and or request monies from co-workers.

The O.P.D. officer called the dispatcher and requested a decision, the officer mentioned that I could give another form of legal payment in the a.m.. For what ever reason, the dispatcher declined the legal form of payment altogether and instead requested that this factual American Citizen of African –American, background being myself, be arrested for legally offering a pre-paid credit card and or legal tender in the a.m. for the legal request of payment. Once placed into jail, I was not allowed to make any phone calls, The phone system does not call out of the jail unless the call is a 3rd party call.

I was not able to contact my bank and have a bail bonds person post bail. So, I opted to wait in jail for 10days. Due to the non-assistance of the jails phone system and policies, I lost my legal form of employment. Had I not been an American Citizen – I would have been forced into a number of illegal issue in order to remain in my own Country.

3

Presently, I an in an issue with the local welfare offices, to obtain pre-paid food's, that I have already paid into for emergency purpose  However, since there are more than one person other than myself claiming to be Mariam Malone Colette Martinez.  I am being forced into starvation, once again in my own country.  I have already, filed suit with the Federal Investigators as well as the F.T.C..  However, due to issues, my legal edu. ,And employmenthave been,illegally manipulated by the criminal entity that I have no other alternative than to file suit.

I have contacted various Attorneys to assist with the pursuance of my issue.  Being forced out of and away from legal American tax paying employment – due to persons not wanting to legally comply with the polices and procedures of the, our (my), U.S. Constitution/Civil Rights – besides the present economy.  However, for what ever reason they all seem to want illegal tender to pay for their fees.  I do not have illegal tender, do not want illegal tender and only have legal means for payment.  I do not wish nor, have been an accomplice to illegal issues and or activities.  So, the inept O.P.D. officer arrested me.  I have applied for various legal forms of legal employment, however, since I had      . been,a local ( Valencia Community College) college student – and then bothered to leave one state for a better edu. and then return which has never been issue.

However, I am in my country (the United States of America) – I have not been hired or allowed to work in any legal capacity.  I am however, more than welcome it seems to create illegal funds – of course of which I do not want or have made or obtained.

So, I am entering into the Federal U.S. Courts – issue to be considered and resolved by one of the U.S. Federal Judges.

I am requesting $1.5 million in restitution for the insult, as a factual American Citizen – human,a person,of any person trying to have me beg and force me personally,into any illegal activities and forcefully removing me from gainful legal U.S. tax paying employment.  I am willing to except legal U.S. tender, in payments if need be, from. both the Orlando Police Department, the specific police officers personally involved in the arrest and imprisonment of this American Citizen taxpayer.  As well as, the Private Cab Company of Ace Cab Company, owned by Ashtin Leasing Inc..  I do not want to consider a law student attempting to decide the issue.  For whatever reason, they seem to cause more harm then the issue presented.  I would like for the court to consider the submitted correspondence and evidence, in deciding the issue – I had requested the assistance of Mr. Howard Marks Esq., however, I legally do not have the fees to pay for his legal services and her refuse to do pro bono.  I do not have to create or fund illegal issues or activities as per the intention of some as if America where a pyramid scheme.  I had seen Mr. J.W. payat the Federal Courts, then hoping that he had filed suit on my behalf.  Instead all I had seen was a female there, as paralegal and or law student/clerk who looks similar to me, as if it weren't confusing enough.

I would like to enter the following cites for consideration and resolution to the issue.

C.A 2(NY), 1994
42 U.S.C.A §1983 [133L.Ed.2]
41 F. 3d. 865
116 S. Ct. 53
516 U.S. 808

Brown v. City of Oneonta
(N.D. N.Y)1996
911 F. Supp 580
916 F. Supp. 176, 106 F. 3d 1125

Vietnamese Fishermens Ass's v. Knights of Ku Klan Klan [kkk]
S.D (Tex.) 1981,
518 F. Supp. 993

Civil Rights Act of 1991

Jones v. Reno Hilton Resort Corp.,
D (Nev.) 1995
889 F. Supp. 408

State of S.C v. Katzenback
U.S.S.C 1996
86 S. Ct. 803
383 U.S 301, 15 L. Ed. 2d. 769

Watkins v. United Steel  Workers
Of America, Local No 2369
C.A 5 (LA.),1975
516 F. 2d. 41

Davis v. Halpern,
Ed. (N.Y), 1991
768 F. Supp 968

Friedman v. Village Of Skokie
C.A 7 (Illinios), 1985
763 F.2d. 236

Mahone v. Waddle,
C.A. 3 (Pa.), 1977
564 F. 2d, 1018
Cert, denied 98 S Ct. 3122
438 U.S 904
57 L Ed. Ed. 1147

42 U.S.C.A §1983
K1027, 1008 (1).
Sec 1983

Scott v. Edinburg
346 F. 3d. 752
(7th cir 2003)
Fed R. Civil P 56(c).
Sec. Cel (Tex )Corp v. Catrett
477 U.S 317, 322
106 S. Ct. 2548,
91 L.Ed 2d 265 (1986)

C.A 2(NY), 1997
42 U.S.C.A §1983
Ricciuti v. NYC Trans. Auth.
124 F. 3d. 123, 70F. Supp. 2d. 300

C.A 5 (Tex.), 1994
Mc Gill v. Goff
17 F. 3d 729
Ed. PA 1993
29 U.S.C.A §1113

Haberern v. Kaupp, 822 F. Supp. 247

C.A 7 (Illinois), 1996
FR. Rule 15 (c), (3),(b)
28 U.S.C.A
Donald v. Cook Co Sherrifs Dept. 95 F 3d 548

C.A. 9 (Cal.), 1996
U.S.C.A Const. Amend. 14
42 U.S.C.A § 1983

520 U.S 1250, 138 L. Ed 2d 173
Rv 118
1708, 523 U.S. 833
140 L. Ed. 2d. 1043

C.A. 9 (Cal.), 1994
US. v. Koon, 34 F. 3d 1416
45 F. 3d. 1303

C.A 2 (Conn.), 1988
O'Neill v. Krzeminski
839 F. 2d 9

C.A 9 (Hawaii), 2002
4 U.S.C.A, 42 U.S.C.A §1983
Cruz v. Kauai Cor.
279 F. 3d. 1064
Certoriari denied 123 S. Ct. 608, 537
U.S 1053, 154 L.Ed. 2d 531

D. (Minn.), 185
42 U.S.C.A §1983
Scott Co. Master Docket, 618 F. Supp. 1534
Myers v. Morris, 810 F2d, 1437
108 S. Ct. 79
484,U.S 828, 98 L. Ed. 2d. 58


S.D (Ohio)1987
Pollitt v. Bramel
669 F. Supp 172
42 U.S.C.A §1981, 1982
K. 1071

C.A 9 (Cal.) 1988
42 U.S.C.A §1983
4 U.S.C.A
Borunda v. Richmond, 885 F. 2d. 1384
D (OR) 1997
 Repp v. Oregon Health Science University
972 F. Supp. 5706

CA.9(Cal). 2001
4 U.S.C.A, 42 U.S.C.A §1983
Dubner v. City & Country of San Fransico
266 F. 3d. 959

C.A 8 (Ark) 1987
42 U.S.C.A §1983
Mc Intosh v. Arkansas Republican Party
Frank white Election Committee
816 F. 2d. 409
Vacted 825 F 2d 184
676 F. Supp. 912
Aff. 856 F. 2d. 1185

Misuse of Gov. Power 42 U.S.C.A §1981

Bill v. City of Milwaukee
C.A 7(Wis), 1984
746 F. 2d 1205

6

Again I am requesting $1.5 million in restitution from the City of Orlando, for the deprevation, the insult ,economic loss, inflation and criminal intent.