FILED

United State District Court
District Court
Middle District of Florida

2009 JUN -4 PM 1:44

US DISTRICT COURT
MIDDLE DISTRICT OF FL
ORLANDO FLORIDA

Mariam Malone Colette Martinez                    Case No: 6:09-cv-802
    Plaintiff

      v.

City of Orlando – Orlando Police Law Enforcement Department

Ashtin Leasing Inc. D/b/a Ace Metro Cab Co. & Dispatcher ( Supervisor, Night of 29 Aug 2009)
        D/b/a  Quick Cab Co. & Dispatcher     (Supervisor)

Orlando Police Officer/Law Enforcement Officer Hall, Yong .C (16126)
Orlando Police Officer/Law Enforcement Officer Arriage         (15958)

Ace Metro Cab Co. Driver – Prevalon, Bruisset

    Defendant(s)


## Answer to Complaint

The Plaintiff, requests a decision of the Federal Court, and an answer for the demand of legal restitution for the violation of the Plaintiffs Civil Rights, and the aforementioned violations of U.S Constitutional Law.

A request for a Jury Trail, will be submitted if the Federal Court deems it necessary.  As per federal Policy and Procedure, I will have either an U. S Attorney and or Law Student to represent me if a jury trail is advised/suggested.


                              Mariam Malone Colette Martinez

                              */s/ Mariam Malone Colette Martinez*

                              Plaintiff
                              Pro Se

                          P.O. 1245, Orl, Fl. 32802
                            (407) 247-2367

Certificate of Service/ Affirmation

I, Mariam Malone Colette Martinez, 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, am a factual U. S. American Citizen, ascertaining that the aforementioned written statements are factual and not fabricated.

I will not perjury myself in a U.S. Federal Court of Law, I ascertain that all the information is factual and to the best of my personal memory with the enclosed evidence.

If the U.S. Federal Court, deems it necessary to hold a jury trail – then I will have a Law Student and or Attorney litigate the issue, as per the United States, Federal Middle Courts, Orange County Florida, Policy and Procedures.

Mariam Malone Colette Martinez
360-9954-54

*Mariam Malone Colette Martinez*

Factual United States North America Citizen

P.O. Box 1245
Orlando, Fl 32802
(407) 247-2367

Previous Address:

5312 Cinderlane Parkway
Orlando, Fl 32808

1409 E. Central Ave.
Orlando, Fl 32802

5714 Folkstone Lane
Orlando, Fl 32804

5719 Folkstone Lane
Orlando, Fl 32814

Family Address:
2449 S. Ridgeway Ave.
Chicago, Il 60623