United States District Court
Middle District of Florida
Orlando Division

FILED

2009 AUG -4 PM 3: 11

[DISTRICT] COURT
[MIDDLE DIST] OF FL

Mariam Malone Colette Martinez,

        Plantiff,

-vs-   Case # 6:09-cv-802-Orl-22GJK

City of Orlando, Orlando Police Department,
Officer Yong C. Hall, Officer Arriage.
Ashly Horen Underwood, D/b/a Ashtin Leasing Inc.,
D/b/a Ace Metro Cab Company,
Supervisor/Dispatcher of Ace Metro Cab Company,
D/b/a Quick Cab Co.
Bruisset Prevalon

        Defendants,

### Reply to Order Directing Compliance

Begging Pardon from Sanctions and forgiveness for the tardiness of the filing of the Certificate of Interested Persons and Corporate Disclosure Statement. Begging forgiveness of the Honorable Conway, I had misunderstood the request.

I misunderstood the excemption of the electronic filing and the prohibition of discovery. I filed the other request ed Notices however, I had not realized that the excemption and the electronic filing were separte from the requested Certificate of Interested Persons. Again, your honor, I am a Paralegal Student and am in the learning process of the Court's. I do apologize for the delay in justice.

Since filing, I have noted a case of relevance in re of Related Cases I would like to mention it for consideration. The case is United States vs. Sharma, E. Case # 6:090cr-1-Orl-19GJK.

*Mariam M.C. Martinez*
Mariam Malone Colette Martinez
Pro Se
North American Citizen

FILED

2009 AUG -4 PM 3:11

[DISTRICT] COURT
[DISTRICT] OF FL

## CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

I hereby disclose the following pursuant to this Court's interested persons order:

1.) the name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in the outcome of this action — including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to any party in the case: Mariam Malone-Colette Martinez, Michaelle R. Martinez, Wallace. Roland C. Brown, Hokey L. McDaniels, Anthony R. Martinez, Juan P. Jacinto III, Richard C. Martinez.

[insert list] [See list A]

2.) the name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings: Mariam M.C. Martinez, Roland C. Brown, Sallie Mae, Orlando Health, State of [insert list] Florida, Child Support Unit, SPrint, Pentagon Federal AT&T, Store Your Things - Storage Company, Chgo, IL. Credit Union.

3.) the name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or twenty largest unsecured creditors) in bankruptcy cases: Mariam M.C. Martinez

[insert list]

4.) the name of each victim (individual or corporate) of civil and criminal conduct alleged to be wrongful, including every person who may be entitled to restitution: Mariam M.C. Martinez Roland C. Brown & [See List A]

[insert list]

I hereby certify that, except as disclosed above, I am unaware of any actual or potential conflict of interest involving the district judge and magistrate judge assigned to this case, and will immediately notify the Court in writing on learning of any such conflict.

[Date]

Mariam M.C. Martinez
[Counsel of Record or Pro Se Party]
[Address and Telephone]
P.O. Box 1345, Orlando, Fl 32802

[Certificate of Service]

(407) 446-4517

[A List Given]